IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT COLEMAN,

        Plaintiff-Appellant,        ORDER

  v.

U.S. TRUSTEE'S OFFICE,        14-cv-834-jdp

        Defendant-Appellee.

---

CHIZUCO COLEMAN,

        Plaintiff-Appellant,        ORDER

  v.

U.S. TRUSTEE'S OFFICE,        14-cv-835-jdp

        Defendant-Appellee.

---

ROBERT COLEMAN,

        Plaintiff-Appellant,        ORDER

  v.

U.S. TRUSTEE'S OFFICE,        14-cv-879-jdp
SPENTA ENTERPRISES, INC., and
HOSHANG R. KARANI,

        Defendants-Appellees.

---

CHIZUCO COLEMAN,

        Plaintiff-Appellant,        ORDER

  v.

U.S. TRUSTEE'S OFFICE,        14-cv-880-jdp
SPENTA ENTERPRISES, INC., and
HOSHANG R. KARANI,

        Defendants-Appellees.

In each of the above-captioned cases, orders dated March 11, 2015, gave plaintiffs-appellants Robert Coleman and Chizuco Coleman 14 days to inform the court whether they intended to pursue these bankruptcy appeals. The clerk's office mailed copies of these orders to the Colemans, and to the attorney who is representing them in new bankruptcy petitions filed in the Eastern District of Wisconsin. Each order warned the Colemans that if they did not respond by March 25, the court would dismiss their appeals for failure to prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962) (district courts may sua sponte dismiss an action for failure to prosecute). The deadline for the Colemans's responses has come and gone, with no word from either of them.

Accordingly, IT IS ORDERED that each of the above-captioned bankruptcy appeals is DISMISSED for failure to prosecute. The clerk's office is directed to close all four cases.

Entered March 26, 2015.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge